H. C. Phillips, Plaintiff Below, v. Julius F. Smietanka, Trustee, et al., Defendants Below. H. A. Williams and Sewell and Sons, Inc., Appellees. George W. Lawrence and Pauline J. Lawrence, Appellants.

Gen. No. 42,295.

Heard in the second division, first district, this court at the June term, 1942; opinion filed April 6, 1944. Jerry M. Brumfield, for appellants; Harry Z. & Bernard Perel, for appellees; Arthur B. Sachs, of counsel. Opinion by PRESIDING JUSTICE SULLIVAN. Not to be published in full.